**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| SHARISSE STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No.: 2:26-cv-00353-JKW-DEM** |
| | ) | |
| BON SECOURS MERCY HEALTH, | ) | |
| ET AL., | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT AND FOR DEFENDANTS TO WAIVE SERVICE OF THE AMENDED COMPLAINT**

The parties, by and through their respective undersigned counsel, jointly move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file Plaintiff's First Amended Complaint and for Defendants to waive formal service of the Amended Complaint. In support of this Joint Motion, the parties state as follows:

1. Plaintiff originally filed this action *pro se* in the United States District Court for the Northern District of Texas.

2. On April 10, 2026, the case was transferred to this District.

3. Following the transfer, Plaintiff retained undersigned counsel.

4. Counsel has reviewed the record and the underlying facts and seeks to amend the complaint to ensure Plaintiff's claims are accurately and fully presented.

5. Under Federal Rule of Civil Procedure 15(a)(2), the Court should freely give leave to amend when justice so requires. Amendment is warranted here. The case is in its early stages, no scheduling order has been entered, and Defendant will suffer no prejudice from the amendment.

6.  The Parties file this motion jointly, and Defendants have no objection to Plaintiff filing the proposed First Amended Complaint.

7.  Granting leave to amend will serve the interests of justice and judicial economy by allowing Plaintiff to fully and clearly articulate her claims and ensuring resolution of the action on the merits.

8.  The proposed First Amended Complaint is attached hereto as Exhibit 1.

9.  Defendants agree to waive formal service of the First Amended Complaint and acknowledge that their counsel will accept service of the First Amended Complaint on Defendants' behalf upon entry of an Order granting leave to file the same.

10. The parties propose that Defendants' time to answer, move, or otherwise respond to the First Amended Complaint shall be 30 days from the date the Court enters its Order granting this Joint Motion, or such other time as the Court may direct.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the First Amended Complaint attached as Exhibit 1.

Respectfully submitted:

_____/s/ Joshua Erlich___
**Joshua Harry Erlich** (VSB #81298)
The Erlich Law Office
1550 Wilson Blvd., Ste. 700
Arlington, VA 22209
202-630-9546
jerlich@erlichlawoffice.com
*LEAD ATTORNEY FOR PLAINTIFF*

**Jonathan C. Goldman**
Law Offices of Goldman & Ehrlich, Chtd.

53 West Jackson Blvd., Suite 815
Chicago, IL 60603
312-332-6733
jon@goldmanehrlich.com
*PRO HAC VICE*


   */s/ Matthew Hundley*           
**Matthew Hundley**
Butler Snow LLP
919 East Main Street, Suite 600
Richmond, VA 23219
804-762-6028
Matthew.Hundley@butlersnow.com
*LEAD ATTORNEY FOR DEFENDANTS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 7, 2026, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide copies to all counsel of record who have entered appearances.

Dated: June 7, 2026

_____/s/ Joshua Erlich_____

**Joshua Harry Erlich** (VSB #81298)
The Erlich Law Office
1550 Wilson Blvd., Ste. 700
Arlington, VA 22209
202-630-9546
jerlich@erlichlawoffice.com
*LEAD ATTORNEY FOR PLAINTIFF*


**Jonathan C. Goldman**
Law Offices of Goldman & Ehrlich, Chtd.
53 West Jackson Blvd., Suite 815
Chicago, IL 60603
312-332-6733
jon@goldmanehrlich.com
*PRO HAC VICE*